UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, et al.,<br>   Plaintiffs,<br> v.<br>MADISON REED, INC.,<br>   Defendant. | Case No. 21-cv-01233-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 57 |

Pursuant to the Order Granting Motion to Dismiss Second Amended Complaint, Judgment is accordingly entered in favor of the Defendant and against the Plaintiffs.

Dated:    August 19, 2022      Mark B. Busby, Clerk

*Jean M. Davis*
By: Jean M. Davis, Deputy Clerk